FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 1 6 2018

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | NO. 2:18CR _03_ |
| v. § | Judge _JRG/RSP_ |
| § | |
| JOSE ANDRES FLORES-HOLGUIN § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

Violation: 8 U.S.C. § 1326(a) and (b)(2)
(Illegal reentry following removal)

On or about April 23, 2018, in Harrison County, Texas, in the Eastern District of Texas, the defendant, **Jose Andres Flores-Holguin**, an alien, who had previously been removed from the United States to Mexico on October 23, 2009, and who had not received the consent of the Secretary of the Department of Homeland Security to re-apply for admission, was found to be knowingly and unlawfully in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____   5/16/2018
ALLEN H. HURST                    Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 2:18CR_____ |
| v. | § § | Judge _____ |
| JOSE ANDRES FLORES-HOLGUIN | § § | |

## NOTICE OF PENALTY

### Count One

Violation:      8 U.S.C. § 1326(a) and (b)(2)

Penalty:      Imprisonment for not more than 20 years, a fine not to exceed $250,000, or both; and supervised release of not more than three (3) years.

Special Assessment:      $100.00